**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

NORTHERN DISTRICT OF GEORGIA

Case number *(if known)* _____    Chapter    __7__

☐ Check if this an
amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy
06/22

**If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.**

| | | | |
|---|---|---|---|
| 1. | **Debtor's name** | **BTIC-Big Tic, Inc. DBA Big T Moving and Delivery** | |
| 2. | **All other names debtor used in the last 8 years**  Include any assumed names, trade names and *doing business as* names | | |
| 3. | **Debtor's federal Employer Identification Number** (EIN) | **83-2877199** | |

4.  **Debtor's address**

| Principal place of business | Mailing address, if different from principal place of business |
|---|---|
| **225 Curie Drive, Ste. 300**  **Alpharetta, GA 30005**  Number, Street, City, State & ZIP Code | **912 Sweetwater Grove**  **Woodstock, GA 30188**  P.O. Box, Number, Street, City, State & ZIP Code |
| **Forsyth**  County | **Location of principal assets, if different from principal place of business**  _____  Number, Street, City, State & ZIP Code |

5.  **Debtor's website** (URL)  **bigtmovers.com**

6.  **Type of debtor**

■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))

☐ Partnership (excluding LLP)

☐ Other. Specify: _____

Debtor    **BTIC-Big Tic, Inc. DBA Big T Moving and Delivery**                      Case number (*if known*) _____
          Name

**7.  Describe debtor's business**    A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

■ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See
http://www.uscourts.gov/four-digit-national-association-naics-codes.

____

**8.  Under which chapter of the Bankruptcy Code is the debtor filing?**

A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

*Check one:*

■ Chapter 7

☐ Chapter 9

☐ Chapter 11. *Check **all** that apply:*

☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of Chapter 11.** If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ A plan is being filed with this petition.

☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9.  Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**
If more than 2 cases, attach a separate list.

■ No.
☐ Yes.

|         |              |      |              |             |              |
|---------|--------------|------|--------------|-------------|--------------|
| District | _____ | When | _____ | Case number | _____ |
| District | _____ | When | _____ | Case number | _____ |

Debtor **BTIC-Big Tic, Inc. DBA Big T Moving and Delivery**     Case number (*if known*) _____
Name

---

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

■ No
☐ Yes.

List all cases. If more than 1, attach a separate list

| | |
|---|---|
| Debtor _____ | Relationship _____ |
| District _____ When _____ | Case number, if known _____ |

---

**11. Why is the case filed in *this district*?**

*Check all that apply:*

■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

---

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

■ No
☐ Yes.   Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____
Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No
☐ Yes.   Insurance agency _____
           Contact name _____
           Phone _____

---

■ **Statistical and administrative information**

**13. Debtor's estimation of available funds**

*Check one:*

☐ Funds will be available for distribution to unsecured creditors.

■ After any administrative expenses are paid, no funds will be available to unsecured creditors.

---

**14. Estimated number of creditors**

| | | |
|---|---|---|
| ☐ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ☐ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ■ 100-199 | ☐ 10,001-25,000 | ☐ More than100,000 |
| ☐ 200-999 | | |

---

**15. Estimated Assets**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ■ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

---

**16. Estimated liabilities**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ■ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |

---

Debtor    **BTIC-Big Tic, Inc. DBA Big T Moving and Delivery**                    Case number (*if known*) _____
Name

☐ $50,001 - $100,000            ☐ $10,000,001 - $50  million        ☐ $1,000,000,001 - $10 billion
☐ $100,001 - $500,000           ☐ $50,000,001 - $100 million       ☐ $10,000,000,001 - $50 billion
☐ $500,001 - $1 million          ☐ $100,000,001 - $500 million      ☐ More than $50 billion

| Debtor | **BTIC-Big Tic, Inc. DBA Big T Moving and Delivery** | Case number (*if known*) |
|---|---|---|
| | Name | |

---

**Request for Relief, Declaration, and Signatures**

---

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **June  2, 2023**
MM / DD / YYYY

**X /s/ Lara Van Pletzen**                           **Lara Van Pletzen**
Signature of authorized representative of debtor            Printed name

Title    **CFO**

---

**18. Signature of attorney**

**X /s/ Brian S. Limbocker**                  Date    **June  2, 2023**
Signature of attorney for debtor                    MM / DD / YYYY

**Brian S. Limbocker 800500**
Printed name

**Limbocker Law Firm**
Firm name

**2230 Towne Lake Parkway**
**Bldg. 100, Suite 140**
**Woodstock, GA 30189**
Number, Street, City, State & ZIP Code

Contact phone    **678-401-6836**    Email address    **bsl@limbockerlawfirm.com**

**800500 GA**
Bar number and State

| Fill in this information to identify the case: |
| --- |

Debtor name  **BTIC-Big Tic, Inc. DBA Big T Moving and Delivery**

United States Bankruptcy Court for the:  NORTHERN DISTRICT OF GEORGIA

Case number (if known)  _____

☐ Check if this is an
   amended filing

Official Form 202
# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date.  Bankruptcy Rules 1008 and 9011.

**WARNING -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.  18 U.S.C. §§ 152, 1341, 1519, and 3571.**

| | Declaration and signature |
| --- | --- |

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☐    *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
☐    *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
☐    *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
☐    *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
☐    *Schedule H: Codebtors* (Official Form 206H)
☐    *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
☐    Amended *Schedule* _____
☐    *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
☐    Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **June  2, 2023**          *X* **/s/ Lara Van Pletzen**
                                              Signature of individual signing on behalf of debtor

                                              **Lara Van Pletzen**
                                              Printed name

                                              **CFO**
                                              Position or relationship to debtor

**Fill in this information to identify the case:**

Debtor name    **BTIC-Big Tic, Inc. DBA Big T Moving and Delivery**

United States Bankruptcy Court for the:    NORTHERN DISTRICT OF GEORGIA

Case number (if known)    _____

☐ Check if this is an
amended filing

# Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals     **12/15**

| Part 1: | Summary of Assets |
|---|---|

1.    ***Schedule A/B: Assets-Real and Personal Property*** (Official Form 206A/B)

    1a. **Real property:**
      Copy line 88 from *Schedule A/B*.................................................................................    $     **0.00**

    1b. **Total personal property:**
      Copy line 91A from *Schedule A/B*............................................................................    $     **141,427.49**

    1c. **Total of all property:**
      Copy line 92 from *Schedule A/B*..............................................................................    $     **141,427.49**

| Part 2: | Summary of Liabilities |
|---|---|

2.    ***Schedule D: Creditors Who Have Claims Secured by Property*** (Official Form 206D)
    Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*....................    $     **1,005,072.52**

3.    ***Schedule E/F: Creditors Who Have Unsecured Claims*** (Official Form 206E/F)

    3a. **Total claim amounts of priority unsecured claims:**
      Copy the total claims from Part 1 from line 5a of *Schedule E/F*........................................................    $     **54,448.40**

    3b. **Total amount of claims of nonpriority amount of unsecured claims:**
      Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*...............................    +$     **518,030.65**

4.    **Total liabilities** ...........................................................................................................
    Lines 2 + 3a + 3b         $     **1,577,551.57**

Software Copyright (c) 1996-2023 Best Case, LLC - www.bestcase.com

**Fill in this information to identify the case:**

Debtor name   **BTIC-Big Tic, Inc. DBA Big T Moving and Delivery**

United States Bankruptcy Court for the:   NORTHERN DISTRICT OF GEORGIA

Case number (if known)   _____

☐ Check if this is an amended filing

## Official Form 206A/B
## Schedule A/B: Assets - Real and Personal Property          12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

**Part 1:     Cash and cash equivalents**

1. **Does the debtor have any cash or cash equivalents?**

☐ No. Go to Part 2.
■ Yes Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | Current value of debtor's interest |
|---|---|

3.  **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
|---|---|---|---|---|
| 3.1. | **First Citizens Bank** | **Checking** | 3722 | $0.00 |
| 3.2. | **First Citizens Bank** | **Checking** | 2107 | $0.00 |
| 3.3. | **Synovous** | **Checking** | 3459 | $0.00 |

4.     **Other cash equivalents** *(Identify all)*

| | | |
|---|---|---|
| 4.1. | **Top Mark Funding Credit** | $4,954.68 |

5.     **Total of Part 1.**

Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

| $4,954.68 |
|---|

**Part 2:     Deposits and Prepayments**

6. **Does the debtor have any deposits or prepayments?**

■ No. Go to Part 3.
☐ Yes Fill in the information below.

| Debtor | **BTIC-Big Tic, Inc. DBA Big T Moving and Delivery** | Case number *(If known)* _____ |
|---|---|---|
| | Name | |

---

**Part 3:**   **Accounts receivable**

**10. Does the debtor have any accounts receivable?**

☐ No.  Go to Part 4.
■ Yes Fill in the information below.

11.   **Accounts receivable**

11a. 90 days old or less:

| 4,626.00 | - | 0.00 | =.... | $4,626.00 |
|---|---|---|---|---|
| face amount | | doubtful or uncollectible accounts | | |

11b. Over 90 days old:

| 8,546.81 | - | 0.00 | =.... | $8,546.81 |
|---|---|---|---|---|
| face amount | | doubtful or uncollectible accounts | | |

12.   **Total of Part 3.**

Current value on lines 11a + 11b = line 12.  Copy the total to line 82.

| $13,172.81 |
|---|

**Part 4:**   **Investments**

**13. Does the debtor own any investments?**

■ No.  Go to Part 5.
☐ Yes Fill in the information below.

**Part 5:**   **Inventory, excluding agriculture assets**

**18. Does the debtor own any inventory (excluding agriculture assets)?**

☐ No.  Go to Part 6.
■ Yes Fill in the information below.

| General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 19.   **Raw materials** | | | | |
| 20.   **Work in progress** | | | | |
| 21.   **Finished goods, including goods held for resale** | | | | |
| 22.   **Other inventory or supplies Dollies, Moving Blankets, Boxes, Packing Paper, Bubble Wrap, Fluids for Trucks, Pallet Jack, Straps, Shrink Wrap, Tape, Floor Protection Mats** | | $0.00 | Liquidation | $4,200.00 |

23.   **Total of Part 5.**

Add lines 19 through 22.  Copy the total to line 84.

| $4,200.00 |
|---|

24.   **Is any of the property listed in Part 5 perishable?**

■ No
☐ Yes

Official Form 206A/B                  Schedule A/B Assets - Real and Personal Property                  page 2

| Debtor | **BTIC-Big Tic, Inc. DBA Big T Moving and Delivery** | Case number *(If known)* |
|---|---|---|
| | Name | |

**25.** **Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**

■ No

☐ Yes. Book value _____ Valuation method _____ Current Value _____

**26.** **Has any of the property listed in Part 5 been appraised by a professional within the last year?**

■ No

☐ Yes

| Part 6: | **Farming and fishing-related assets (other than titled motor vehicles and land)** |
|---|---|

**27. Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

■ No. Go to Part 7.

☐ Yes Fill in the information below.

| Part 7: | **Office furniture, fixtures, and equipment; and collectibles** |
|---|---|

**38. Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☐ No. Go to Part 8.

■ Yes Fill in the information below.

| | General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 39. | **Office furniture** **Fridge, Desk, Office Chairs, Ladder, TV, Shelving Units, Wood Filing Cabinets, Cooler Box, Misc. Tools, Stationary Supplies, Cart, Kitchen Supplies, Metal Racks, Chest Drawers, Couch, Cords** | **$0.00** | Liquidation | **$2,100.00** |

**40.** **Office fixtures**

**41.** **Office equipment, including all computer equipment and communication systems equipment and software**

**42.** **Collectibles** *Examples:* Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles

**43.** **Total of Part 7.**

Add lines 39 through 42. Copy the total to line 86.

| | **$2,100.00** |
|---|---|

**44.** **Is a depreciation schedule available for any of the property listed in Part 7?**

■ No

☐ Yes

**45.** **Has any of the property listed in Part 7 been appraised by a professional within the last year?**

■ No

☐ Yes

| Part 8: | **Machinery, equipment, and vehicles** |
|---|---|

**46. Does the debtor own or lease any machinery, equipment, or vehicles?**

☐ No. Go to Part 9.

■ Yes Fill in the information below.

| | **General description** Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | **Net book value of debtor's interest** (Where available) | **Valuation method used for current value** | **Current value of debtor's interest** |
|---|---|---|---|---|

Debtor   **BTIC-Big Tic, Inc. DBA Big T Moving and Delivery**          Case number *(If known)* _____
_____
Name

47.    **Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles**

    47.1.   **2010 Freightliner 26 foot box truck - vin 1FVACWDT7ADAP8571**          $0.00          $3,500.00

    47.2.   **2014 Freightliner 26 foot Box truck - VIN 3ALACWDT7EDFL2354**          $0.00          $13,000.00

    47.3.   **2016 Freightliner 26 foot Box truck VIN 1FVACWDT5GHHF4335**          $0.00          $65,000.00

    47.4.   **2008 Ford E350 - VIN 1FDXE45S37DA22770**          $0.00          $3,500.00

    47.5.   **2019 Dodge Ram VIN 1C6RRFFG9KN675900**          $0.00          $32,000.00

48.    **Watercraft, trailers, motors, and related accessories** *Examples:* Boats, trailers, motors, floating homes, personal watercraft, and fishing vessels

49.    **Aircraft and accessories**

50.    **Other machinery, fixtures, and equipment (excluding farm machinery and equipment)**

51.    **Total of Part 8.**          $117,000.00

    Add lines 47 through 50.  Copy the total to line 87.

52.    **Is a depreciation schedule available for any of the property listed in Part 8?**
    ■ No
    ☐ Yes

53.    **Has any of the property listed in Part 8 been appraised by a professional within the last year?**
    ■ No
    ☐ Yes

**Part 9:    Real property**

54. **Does the debtor own or lease any real property?**

    ■ No.  Go to Part 10.
    ☐ Yes Fill in the information below.

**Part 10:    Intangibles and intellectual property**

59. **Does the debtor have any interests in intangibles or intellectual property?**

    ☐ No.  Go to Part 11.
    ■ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|

60.    **Patents, copyrights, trademarks, and trade secrets**

Debtor   **BTIC-Big Tic, Inc. DBA Big T Moving and Delivery**            Case number *(If known)* _____
         <sub>Name</sub>

| | | |
|---|---|---|
| **Copyright - Business Logo** | $0.00 | $0.00 |

61.  **Internet domain names and websites**
     **bigtmovers.com**                                    $0.00                          $0.00

62.  **Licenses, franchises, and royalties**

63.  **Customer lists, mailing lists, or other compilations**
     **Customer List**                                     $0.00                          $0.00

64.  **Other intangibles, or intellectual property**

65.  **Goodwill**

66.  **Total of Part 10.**                                                          | $0.00 |

     Add lines 60 through 65. Copy the total to line 89.

67.  **Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C.§§ 101(41A) and 107**?**
     ■ No
     ☐ Yes

68.  **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**
     ■ No
     ☐ Yes

69.  **Has any of the property listed in Part 10 been appraised by a professional within the last year?**
     ■ No
     ☐ Yes

**Part 11:**   **All other assets**

70. **Does the debtor own any other assets that have not yet been reported on this form?**
    Include all interests in executory contracts and unexpired leases not previously reported on this form.

    ☐ No.  Go to Part 12.
    ■ Yes Fill in the information below.

                                                                              Current value of
                                                                              debtor's interest

71.  **Notes receivable**
     Description (include name of obligor)

72.  **Tax refunds and unused net operating losses (NOLs)**
     Description (for example, federal, state, local)

73.  **Interests in insurance policies or annuities**

74.  **Causes of action against third parties (whether or not a lawsuit has been filed)**

     **Potential cyber attack claim**                                               $0.00
     Nature of claim     _____
     Amount requested        $0.00

75.  **Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to**

Debtor    **BTIC-Big Tic, Inc. DBA Big T Moving and Delivery**    Case number *(If known)* _____
_____
Name

**set off claims**

76.    **Trusts, equitable or future interests in property**

77.    **Other property of any kind not already listed** *Examples:* Season tickets,
country club membership

78.    **Total of Part 11.**                                                                              | $0.00
Add lines 71 through 77. Copy the total to line 90.

79.    **Has any of the property listed in Part 11 been appraised by a professional within the last year?**
■ No
☐ Yes

Debtor    **BTIC-Big Tic, Inc. DBA Big T Moving and Delivery**      Case number *(If known)* _____
      Name

---

| Part 12: | Summary |
|---|---|

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $4,954.68 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $0.00 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $13,172.81 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $4,200.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $2,100.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $117,000.00 | |
| 88. **Real property.** *Copy line 56, Part 9....................................................>* | | $0.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $0.00 | |
| 91. **Total.** Add lines 80 through 90 for each column | $141,427.49 | + 91b. $0.00 |
| 92. **Total of all property on Schedule A/B.** Add lines 91a+91b=92 | | $141,427.49 |

**Fill in this information to identify the case:**

Debtor name    **BTIC-Big Tic, Inc. DBA Big T Moving and Delivery**

United States Bankruptcy Court for the:    NORTHERN DISTRICT OF GEORGIA

Case number (if known)

☐ Check if this is an
amended filing

Official Form 206D
## Schedule D: Creditors Who Have Claims Secured by Property          12/15

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

☐ Yes. Fill in all of the information below.

| Part 1: | List Creditors Who Have Secured Claims |
|---|---|

**2. List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | | Column A<br>**Amount of claim**<br><br>Do not deduct the value of collateral. | Column B<br>**Value of collateral that supports this claim** |
|---|---|---|---|
| **2.1** **Ally Financial**<br>Creditor's Name<br><br>**P.O. Box 380901**<br>**Bloomington, MN 55438**<br>Creditor's mailing address<br><br><br>Creditor's email address, if known<br><br>**Date debt was incurred**<br><br>**Last 4 digits of account number**<br>**5865**<br>**Do multiple creditors have an interest in the same property?**<br>■ No<br>☐ Yes. Specify each creditor, including this creditor and its relative priority. | Describe debtor's property that is subject to a lien<br>**2019 Dodge Ram VIN 1C6RRFFG9KN675900**<br><br><br>Describe the lien<br><br><br>Is the creditor an insider or related party?<br>■ No<br>☐ Yes<br>Is anyone else liable on this claim?<br>■ No<br>☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)<br><br>As of the petition filing date, the claim is:<br>Check all that apply<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$46,105.00** | **$32,000.00** |
| **2.2** **Customers Bank**<br>Creditor's Name<br>**40 General Warren Blvd**<br>**Ste. 200**<br>**Malvern, PA 19355**<br>Creditor's mailing address<br><br><br>Creditor's email address, if known<br><br>**Date debt was incurred**<br><br>**Last 4 digits of account number**<br>**7007**<br>**Do multiple creditors have an interest in the same property?** | Describe debtor's property that is subject to a lien<br>**All Business assets of Debtor**<br><br><br>Describe the lien<br>**SBA Business Loan**<br>Is the creditor an insider or related party?<br>■ No<br>☐ Yes<br>Is anyone else liable on this claim?<br>■ No<br>☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)<br><br>As of the petition filing date, the claim is:<br>Check all that apply | **$251,621.52** | **$0.00** |

Debtor   **BTIC-Big Tic, Inc. DBA Big T Moving and Delivery**                 Case number *(if known)* _____
    Name

■ No
☐ Yes. Specify each creditor,
including this creditor and its relative
priority.

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.3 | **Customers Bank** | | **Describe debtor's property that is subject to a lien** | **$48,470.00** | **$0.00** |
|---|---|---|---|---|---|

Creditor's Name

**40 General Warren Blvd
Ste. 200
Malvern, PA 19355**

Creditor's mailing address

**Describe the lien**

**SBA Busniess Loan**

**Is the creditor an insider or related party?**

■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**

■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**
**7009**

**Do multiple creditors have an
interest in the same property?**

■ No
☐ Yes. Specify each creditor,
including this creditor and its relative
priority.

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.4 | **Customers Bank** | | **Describe debtor's property that is subject to a lien** | **$63,611.00** | **$0.00** |
|---|---|---|---|---|---|

Creditor's Name

**40 General Warren Blvd
Ste. 200
Malvern, PA 19355**

Creditor's mailing address

**Describe the lien**

**SBA Business Loan**

**Is the creditor an insider or related party?**

■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**

■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**
**9103**

**Do multiple creditors have an
interest in the same property?**

■ No
☐ Yes. Specify each creditor,
including this creditor and its relative
priority.

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.5 | **North Mill Equipment Fin.** | | **Describe debtor's property that is subject to a lien** | **$16,023.00** | **$13,000.00** |
|---|---|---|---|---|---|

Creditor's Name

**601 Merritt 7
Ste. 5
Norwalk, CT 06851**

Creditor's mailing address

**2014 Freightliner 26 foot Box truck - VIN
3ALACWDT7EDFL2354**

**Describe the lien**

**Is the creditor an insider or related party?**

■ No

Debtor  **BTIC-Big Tic, Inc. DBA Big T Moving and Delivery**                    Case number *(if known)* _____
        Name

Creditor's email address, if known

☐ Yes
**Is anyone else liable on this claim?**

**Date debt was incurred**

☐ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**
**6003**

**Do multiple creditors have an interest in the same property?**

**As of the petition filing date, the claim is:**
Check all that apply

■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.6 | **Pathward** | Describe debtor's property that is subject to a lien | $79,242.00 | $65,000.00 |
|---|---|---|---|---|

Creditor's Name

**5480 Corporate Drive
Ste. 350
Troy, MI 48098**

**2016 Freightliner 26 foot Box truck VIN 1FVACWDT5GHHF4335**

Creditor's mailing address

**Describe the lien**

**Is the creditor an insider or related party?**

Creditor's email address, if known

■ No
☐ Yes
**Is anyone else liable on this claim?**

**Date debt was incurred**

■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**
**4151**

**Do multiple creditors have an interest in the same property?**

**As of the petition filing date, the claim is:**
Check all that apply

■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.7 | **SBA EIDL** | Describe debtor's property that is subject to a lien | $500,000.00 | $0.00 |
|---|---|---|---|---|

Creditor's Name

**2 20th St. North
Ste. 320
Birmingham, AL 35203**

**All Business assets of Debtor and 416 Pierpont Court, Canton, GA**

Creditor's mailing address

**Describe the lien**

**Business loan**

**Is the creditor an insider or related party?**

■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**

**Date debt was incurred**

■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**
**7906**

**Do multiple creditors have an interest in the same property?**

**As of the petition filing date, the claim is:**
Check all that apply

■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

☐ Contingent
☐ Unliquidated
☐ Disputed

---

3.  **Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.**   | **$1,005,072.5** |

Debtor   **BTIC-Big Tic, Inc. DBA Big T Moving and Delivery**   Case number (if known) _____
Name

| | 2 |
|---|---|

| **Part 2:** | **List Others to Be Notified for a Debt Already Listed in Part 1** |

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| | | |

**Fill in this information to identify the case:**

Debtor name    **BTIC-Big Tic, Inc. DBA Big T Moving and Delivery**

United States Bankruptcy Court for the:    NORTHERN DISTRICT OF GEORGIA

Case number (if known)

☐ Check if this is an
    amended filing

## Official Form 206E/F
# Schedule E/F: Creditors Who Have Unsecured Claims                    12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims.
List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and
Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and
2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

**Part 1:**    **List All Creditors with PRIORITY Unsecured Claims**

1.  **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

    ☐ No. Go to Part 2.

    ■ Yes. Go to line 2.

2.  **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors
    with priority unsecured claims, fill out and attach the Additional Page of Part 1.

| | | Total claim | Priority amount |
|---|---|---|---|
| **2.1** Priority creditor's name and mailing address<br>**Angelique White**<br>**1097 Dunedin Trail**<br>**Woodstock, GA 30188** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $2,800.00 | $2,800.00 |
| Date or dates debt was incurred | Basis for the claim:<br>**wages** | | |
| Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |
| **2.2** Priority creditor's name and mailing address<br>**Angelique White**<br>**1097 Dunedin Trail**<br>**Woodstock, GA 30188** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $6,000.00 | $6,000.00 |
| Date or dates debt was incurred | Basis for the claim:<br>**wages** | | |
| Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

Debtor  **BTIC-Big Tic, Inc. DBA Big T Moving and Delivery**          Case number *(if known)*  _____
Name

| 2.3 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $293.00 | $293.00 |
|---|---|---|---|---|
| | **Austin Thomas** | *Check all that apply.* | | |
| | **2306 Summerview** | ☐ Contingent | | |
| | **Stone Mountain, GA 30083** | ☐ Unliquidated | | |
| | | ☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: **wages** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No    ☐ Yes | | |

| 2.4 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $200.00 | $200.00 |
|---|---|---|---|---|
| | **Barbara Sexton** | *Check all that apply.* | | |
| | **5733 Yorktown Rd.** | ☐ Contingent | | |
| | **Douglasville, GA 30135** | ☐ Unliquidated | | |
| | | ☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7) | ■ No    ☐ Yes | | |

| 2.5 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $200.00 | $200.00 |
|---|---|---|---|---|
| | **Blake Forbes** | *Check all that apply.* | | |
| | **3355 McDaniel Rd. Apt. 16304** | ☐ Contingent | | |
| | **Duluth, GA 30096** | ☐ Unliquidated | | |
| | | ☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7) | ■ No    ☐ Yes | | |

| 2.6 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $2,961.00 | $2,961.00 |
|---|---|---|---|---|
| | **Christina Hamilton** | *Check all that apply.* | | |
| | **1438 Towne Harbor Passage** | ☐ Contingent | | |
| | **Woodstock, GA 30189** | ☐ Unliquidated | | |
| | | ☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: **wages** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No    ☐ Yes | | |

| Debtor | BTIC-Big Tic, Inc. DBA Big T Moving and Delivery | Case number (if known) | |
|---|---|---|---|
| | Name | | |

**2.7** | Priority creditor's name and mailing address
**Christina Hamilton**
**1438 Towne Harbor Passage**
**Woodstock, GA 30189**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**$6,346.00** **$6,346.00**

Date or dates debt was incurred

Basis for the claim:
**wages**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

**2.8** | Priority creditor's name and mailing address
**Cindy Williamson**
**261 Wentworth Dr.**
**Canton, GA 30114**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**$200.00** **$200.00**

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
☑ No
☐ Yes

---

**2.9** | Priority creditor's name and mailing address
**Cindy Williamson**
**261 Wentworth Dr.**
**Canton, GA 30114**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**$200.00** **$200.00**

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
☑ No
☐ Yes

---

**2.10** | Priority creditor's name and mailing address
**Dalton Grenier**
**147 Carl Barrett**
**Canton, GA 30115**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**$713.00** **$713.00**

Date or dates debt was incurred

Basis for the claim:
**wages**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

Debtor    **BTIC-Big Tic, Inc. DBA Big T Moving and Delivery**                    Case number (if known) _____
       Name

| 2.11 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,079.00 | $0.00 |
|---|---|---|---|---|

Priority creditor's name and mailing address
**Dante Johnson**
**220 Springbottom Dr.**
**Lawrenceville, GA 30046**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**wages**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.12 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $200.00 | $200.00 |
|---|---|---|---|---|

Priority creditor's name and mailing address
**David Valentino**
**211 Omen Circle**
**Ellijay, GA 30540**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.13 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $4,370.00 | $3,350.00 |
|---|---|---|---|---|

Priority creditor's name and mailing address
**David Webber**
**19 Persimmon Place**
**Hilton Head Island, SC 29926**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.14 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $528.00 | $528.00 |
|---|---|---|---|---|

Priority creditor's name and mailing address
**Deanthony Quinn**
**47 Bouldecrest Lane**
**Atlanta, GA 30316**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**wages**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| Debtor | BTIC-Big Tic, Inc. DBA Big T Moving and Delivery | | Case number (if known) | |
|---|---|---|---|---|
| | Name | | | |

---

| 2.15 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $200.00 | $200.00 |
|---|---|---|---|---|

**Debra Whitworth**
**1917 Galt Commons**
**Kennesaw, GA 30144**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.16 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $400.00 | $400.00 |
|---|---|---|---|---|

**Dennis Joseph**
**403 Oakleigh Ave.**
**Woodstock, GA 30188**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.17 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,675.00 | $1,675.00 |
|---|---|---|---|---|

**Devin Mayers**
**5766 Shoals Dr.**
**Buford, GA 30518**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**wages**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.18 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $200.00 | $0.00 |
|---|---|---|---|---|

**Dustin Townsend**
**42 Sycamore Lane**
**Woodstock, GA 30188**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

Debtor   **BTIC-Big Tic, Inc. DBA Big T Moving and Delivery**                     Case number *(if known)* _____

Name

| | | | |
|---|---|---|---|
| 2.19 | Priority creditor's name and mailing address<br>**Dymon Miller**<br>**814 Park Ridge Lane**<br>**Roswell, GA 30076** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$1,044.00**   **$824.00** |
| | Date or dates debt was incurred | Basis for the claim:<br>**wages** | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | |

| | | | |
|---|---|---|---|
| 2.20 | Priority creditor's name and mailing address<br>**Edward Thomas**<br>**3365 Heatherwood Lane**<br>**Marietta, GA 30008** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$1,200.00**   **$1,200.00** |
| | Date or dates debt was incurred | Basis for the claim:<br>**wages** | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | |

| | | | |
|---|---|---|---|
| 2.21 | Priority creditor's name and mailing address<br>**Georgia Department of Revenue**<br>**P.O. Box 105499**<br>**Atlanta, GA 30348-5499** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **Unknown**   **$0.00** |
| | Date or dates debt was incurred | Basis for the claim:<br>**Notice only** | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (8) | Is the claim subject to offset?<br>■ No<br>☐ Yes | |

| | | | |
|---|---|---|---|
| 2.22 | Priority creditor's name and mailing address<br>**Hannah Kleponis**<br>**306 Ardmore Circle, NW**<br>**Apt. A509**<br>**Atlanta, GA 30309** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$200.00**   **$200.00** |
| | Date or dates debt was incurred | Basis for the claim: | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (7) | Is the claim subject to offset?<br>■ No<br>☐ Yes | |

| Debtor | BTIC-Big Tic, Inc. DBA Big T Moving and Delivery | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 2.23 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|
| | **Internal Revenue Service**<br>**P.O. Box 7346**<br>**Philadelphia, PA 19101-7346** | *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Withholding taxes** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (8) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.24 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$1,287.00** | **$1,287.00** |
|---|---|---|---|---|
| | **Jaleel James**<br>**814 Park Ridge lane**<br>**Roswell, GA 30076** | *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Wages** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.25 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$200.00** | **$200.00** |
|---|---|---|---|---|
| | **Jamere Taylor**<br>**1692 Sweet Branch Trail**<br>**Grayson, GA 30017** | *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (7) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.26 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$200.00** | **$200.00** |
|---|---|---|---|---|
| | **Jennifer Farrell**<br>**6240 Oak Valley Court**<br>**Cumming, GA 30040** | *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (7) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| Debtor | BTIC-Big Tic, Inc. DBA Big T Moving and Delivery | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

| 2.27 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $875.00 | $875.00 |
|---|---|---|---|---|

**Jeremy Dorsey (JD)**
**1655 Lenterview Dr.**
**Duluth, GA 30096**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**wages**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.28 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $200.00 | $200.00 |
|---|---|---|---|---|

**Jerome Barnes**
**5750 Clinchfield Trail**
**Norcross, GA 30092**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.29 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $400.00 | $400.00 |
|---|---|---|---|---|

**Jesus Brown**
**3115 Parker Drive**
**Cumming, GA 30041**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.30 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $551.00 | $551.00 |
|---|---|---|---|---|

**Joshua Linton**
**147 Carl Barrett**
**Canton, GA 30115**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**wages**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| Debtor | BTIC-Big Tic, Inc. DBA Big T Moving and Delivery | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**2.31** | Priority creditor's name and mailing address
**Katrina Lippert**
**116 Howared Ave.**
**Cartersville, GA 30121**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$200.00    $200.00

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.32** | Priority creditor's name and mailing address
**Kristin Bobb**
**1475 Boomer Cir.**
**Suwanee, GA 30024**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$600.00    $600.00

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.33** | Priority creditor's name and mailing address
**Lance Boston**
**1238 Gables Dr.**
**Atlanta, GA 30319**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$725.00    $725.00

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.34** | Priority creditor's name and mailing address
**Laqueta Nelson**
**36 N. Laird Dr.**
**Clayton, NC 27520**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$2,183.40    $2,183.40

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| Debtor | BTIC-Big Tic, Inc. DBA Big T Moving and Delivery | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**2.35** | Priority creditor's name and mailing address
**Matthew Jacobs**
**3055 Labrouste Cove**
**Duluth, GA 30097**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$200.00        $200.00

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.36** | Priority creditor's name and mailing address
**Maurice Barnes**
**Address unknown**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$1,467.00        $1,467.00

Date or dates debt was incurred

Basis for the claim:
**wages**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.37** | Priority creditor's name and mailing address
**Meghan Tench**
**850 Old Alpharetta Rd.**
**Alpharetta, GA 30005**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$400.00        $400.00

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.38** | Priority creditor's name and mailing address
**Michael Gorodisher**
**1233 Parkstead Lane**
**Alpharetta, GA 30004**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$200.00        $200.00

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

Debtor  **BTIC-Big Tic, Inc. DBA Big T Moving and Delivery**                Case number (if known) _____
         Name

| | | |
|---|---|---|
| 2.39 | Priority creditor's name and mailing address<br>**Michele Kowanski**<br>**155 Terrace View Dr.**<br>**Acworth, GA 30101** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $200.00 | $200.00 |

Date or dates debt was incurred _____

Basis for the claim: _____

Last 4 digits of account number _____

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (<u>7</u>)

■ No

☐ Yes

---

| 2.40 | Priority creditor's name and mailing address<br>**Nasim Muhammed**<br>**814 Park Ridge Lane**<br>**Roswell, GA 30076** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $1,002.00 | $1,002.00 |
|---|---|---|---|---|

Date or dates debt was incurred _____

Basis for the claim:
**Wages**

Last 4 digits of account number _____

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (<u>4</u>)

■ No

☐ Yes

---

| 2.41 | Priority creditor's name and mailing address<br>**Paul Bland**<br>**401 Revere Court**<br>**Woodstock, GA 30189** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $326.00 | $326.00 |
|---|---|---|---|---|

Date or dates debt was incurred _____

Basis for the claim:
**wages**

Last 4 digits of account number _____

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (<u>4</u>)

■ No

☐ Yes

---

| 2.42 | Priority creditor's name and mailing address<br>**Raven Stewart**<br>**800 Venue Way, Apt. 8211**<br>**Alpharetta, GA 30005** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $200.00 | $200.00 |
|---|---|---|---|---|

Date or dates debt was incurred _____

Basis for the claim: _____

Last 4 digits of account number _____

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (<u>7</u>)

■ No

☐ Yes

---

| Debtor | BTIC-Big Tic, Inc. DBA Big T Moving and Delivery | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 2.43 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $6,386.00 | $6,386.00 |
|---|---|---|---|---|

**Rhonda Hunter**
**493 Bottesford Dr. NW**
**Kennesaw, GA 30144**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.44 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,435.00 | $1,435.00 |
|---|---|---|---|---|

**Rickey Stevens**
**200 Summit Lake Dr.**
**Stone Mountain, GA 30083**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**wages**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.45 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $3,250.00 | $3,250.00 |
|---|---|---|---|---|

**Russell Allison**
**1605 Southwest 19trace**
**Cape Coral, FL 33991**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.46 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $200.00 | $200.00 |
|---|---|---|---|---|

**Stephanie Lloyd**
**44 Barnsley Village Dr.**
**Adairsville, GA 30103**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| Debtor | BTIC-Big Tic, Inc. DBA Big T Moving and Delivery | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 2.47 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $400.00 | $400.00 |
|---|---|---|---|---|

**Stephen Finnell**
**225 Highland Gate Cir.**
**Suwanee, GA 30024**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.48 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $200.00 | $200.00 |
|---|---|---|---|---|

**Todd Halverson**
**4120 Harrison Park Dr.**
**Cumming, GA 30041**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.49 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $152.00 | $152.00 |
|---|---|---|---|---|

**Tyrone Thomas**
**2306 Summerview**
**Stone Mountain, GA 30083**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**wages**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| Part 2: | List All Creditors with NONPRIORITY Unsecured Claims |
|---|---|

3. **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

| | | Amount of claim |
|---|---|---|

| 3.1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $100.00 |
|---|---|---|---|

**45 Payroc Merchant SErvices**
**1350 E. Touhy Ave.**
**Ste. 210W**
**Des Plaines, IL 60018**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

Basis for the claim: _

Is the claim subject to offset?  ☐ No  ☐ Yes

---

| 3.2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $7,546.00 |
|---|---|---|---|

**AMEX**
**PO Box 981535**
**El Paso, TX 79998**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number  2000**

Basis for the claim: _

Is the claim subject to offset?  ■ No  ☐ Yes

---

| Debtor | BTIC-Big Tic, Inc. DBA Big T Moving and Delivery | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

| 3.3 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$400.00** |
|---|---|---|---|

**Angie's List**
**130 E. Washington ST.**
**Indianapolis, IN 46204**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number  8737**

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.4 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Ben Clark**
**60 Flint Rd.**
**Hartwell, GA 30643**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:**  **Moving Claim**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.5 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Better Business Bureau**
**235 Peachtree St., #900**
**Atlanta, GA 30303**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ☐ No  ☐ Yes

---

| 3.6 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$91,000.00** |
|---|---|---|---|

**Biz2credit**
**1 Penn Plaza**
**Ste. 3101**
**New York, NY 10119**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.7 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Candy Robinson**
**42 Trailside Way**
**Hiram, GA 30141**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:**  **Moving claim**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.8 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,000.00** |
|---|---|---|---|

**Chuck Kay**
**330 River Overlook Rd.**
**Dawsonville, GA 30534**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:**  **Moving claim**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.9 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$282.00** |
|---|---|---|---|

**Comcast**
**2605 Circle 75 Pkwy SE**
**Atlanta, GA 30339**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number  6609**

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

---

Debtor    **BTIC-Big Tic, Inc. DBA Big T Moving and Delivery**                    Case number (if known) _____
　　　　　Name

| 3.10 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $31.00 |
|---|---|---|---|

**Cosheka Hughs**
**60 11th St. NE, Apt. 2008**
**Atlanta, GA 30309**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Moving claim**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.11 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,358.00 |
|---|---|---|---|

**Dariwsh Paykargar**
**Address unknown**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.12 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Diane Godby**
**12300 Morris Rd., Apt. 312**
**Alpharetta, GA 30004**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Moving claim**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.13 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Edge**
**3150 NorthMeadow Parkway**
**Ste. 130**
**Roswell, GA 30076**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  **0101**

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.14 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $15,512.45 |
|---|---|---|---|

**EpiCity Real Estate Services**
**430 Plasters Ave., N.E.**
**Ste. 100**
**Atlanta, GA 30324-3912**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Commercial lease**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.15 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $14,613.00 |
|---|---|---|---|

**FC Visa Credit**
**5571 Chamblee Dunwoody Rd.**
**P.O. Box 63001**
**Atlanta, GA 30338**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  **4620**

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.16 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $32,677.00 |
|---|---|---|---|

**First Citizens**
**100 E. Tyron Rd.**
**Raleigh, NC 27603**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  **8730**

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

| Debtor | BTIC-Big Tic, Inc. DBA Big T Moving and Delivery | Case number (if known) | |
|---|---|---|---|
| | Name | | |

**3.17** Nonpriority creditor's name and mailing address

**Gas South**
P.O. Box 723728
Atlanta, GA 31139

Date(s) debt was incurred _

Last 4 digits of account number  2728

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

**$140.00**

---

**3.18** Nonpriority creditor's name and mailing address

**Google LLC**
1600 Amphitheatre Parkway
Mountain View, CA 94043

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

**Unknown**

---

**3.19** Nonpriority creditor's name and mailing address

**Grant Brim**
300 Colonial Center Parkway
Ste. 100
Roswell, GA 30076

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

**$2,214.00**

---

**3.20** Nonpriority creditor's name and mailing address

**Headway Capital**
175 W. Jackson Blvd.
Ste. 1000
Chicago, IL 60604

Date(s) debt was incurred _

Last 4 digits of account number  8167

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ☐ No  ☐ Yes

**$99,041.00**

---

**3.21** Nonpriority creditor's name and mailing address

**Intuit**
2800 E. Commerce Center
Tucson, AZ 85706

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Payroll services

Is the claim subject to offset? ☐ No  ☐ Yes

**$18,609.00**

---

**3.22** Nonpriority creditor's name and mailing address

**John Ellard**
323 Oakland Dr.
Talking Rock, GA 30175

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Moving claim

Is the claim subject to offset? ■ No  ☐ Yes

**$2,800.00**

---

**3.23** Nonpriority creditor's name and mailing address

**John Renshaw**
2985 Gordy Parkway
Marietta, GA 30066

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

**$3,500.00**

| Debtor | BTIC-Big Tic, Inc. DBA Big T Moving and Delivery | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.24**

**Nonpriority creditor's name and mailing address**

**Josh Erickson**
**3466 Clubland Dr.**
**Marietta, GA 30068**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$3,384.00**

---

**3.25**

**Nonpriority creditor's name and mailing address**

**Keith Meisner**
**5101 Old Highway 5**
**#494**
**Lebanon, GA 30146**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$1,600.00**

---

**3.26**

**Nonpriority creditor's name and mailing address**

**Kelsey M. Obrien**
**c/o Hawkins Spizman Fortis**
**200 Ashford Center N, Ste. 350**
**Atlanta, GA 30338**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Auto accident - claim 202000024396

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.27**

**Nonpriority creditor's name and mailing address**

**Koushik Dutta**
**20302 Deer Point Court**
**Alpharetta, GA 30004**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Moving Claim

Is the claim subject to offset? ■ No ☐ Yes

**$103.20**

---

**3.28**

**Nonpriority creditor's name and mailing address**

**Leaf**
**P.O. Box 5066**
**Hartford, CT 06102**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$226.00**

---

**3.29**

**Nonpriority creditor's name and mailing address**

**Legacy Storage**
**5540 Matt Highway**
**Cumming, GA 30028**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$935.00**

---

**3.30**

**Nonpriority creditor's name and mailing address**

**Leoni Klopper**
**236 Floral Valley Dr.**
**Woodstock, GA 30188**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Moving claim

Is the claim subject to offset? ■ No ☐ Yes

**$340.00**

---

| Debtor | BTIC-Big Tic, Inc. DBA Big T Moving and Delivery | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.31** | Creditor's name and mailing address: **Max Jeffries** | As of the petition filing date, the claim is: *Check all that apply.* | **$4,500.00**

**Max Jeffries**
**Unknown**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.32** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$91,608.00**

**Michael Ressa**
**1438 Towne Harbor Passage**
**Woodstock, GA 30189**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Loan**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.33** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$1,000.00**

**Michelle Wright**
**10 Glenlake Parkway #130**
**Atlanta, GA 30328**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.34** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$1,000.00**

**Moversboost**
**8 Summerhill Court**
**Columbus, NJ 08022**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.35** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$2,819.00**

**N&N Packaging**
**4141 Industrial Park Dr.**
**Norcross, GA 30071**

Date(s) debt was incurred _

Last 4 digits of account number **2690**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.36** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown**

**Nextdoor**
**875 Stevenson St # 700**
**San Fernando, CA 91340**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.37** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$250.00**

**Nicole Trevisan**
**7 Creekpark Court**
**Roswell, GA 30076**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Moving claim**

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | BTIC-Big Tic, Inc. DBA Big T Moving and Delivery | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 3.38 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $2,475.00 |
|---|---|---|---|

**Odwyer Homes**
**850 Old Alpharetta Rd.**
**Alpharetta, GA 30005**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.39 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**One Step GPS**
**675 Glenoaks Blvd. #C**
**San Fernando, CA 91340**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.40 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $611.00 |
|---|---|---|---|

**Patrick McBryer**
**9950 Kings Rd.**
**Gainesville, GA 30506**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.41 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Penske**
**5300 Windward Parkway**
**Alpharetta, GA 30004**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.42 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $9,500.00 |
|---|---|---|---|

**PNC**
**One PNC Plaza**
**249 Fifth Avenue**
**Pittsburgh, PA 15222**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number  **8550**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.43 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $18,609.00 |
|---|---|---|---|

**Quickbooks**
**2800 E. Commerce Center Place**
**Tucson, AZ 85706**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number  **5519**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.44 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $70,124.00 |
|---|---|---|---|

**Rapid Finance**
**4500 East West Highway**
**6th Floor**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| Debtor | BTIC-Big Tic, Inc. DBA Big T Moving and Delivery | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 3.45 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Slice Merchant Processor**
**101 Crawfords Cornet Rd.**
**Ste. 4206**
**Holmdel, NJ 07733**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.46 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$5,280.00** |
|---|---|---|---|

**Storsquare**
**3855 Shallowford Rd.**
**Ste. 510**
**Marietta, GA 30062**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.47 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$6,258.00** |
|---|---|---|---|

**Summit**
**P.O. Box 32034**
**Lakeland, FL 33802**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.48 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$5,037.00** |
|---|---|---|---|

**Victory Packaging**
**797 Douglas Hill Rd.**
**Lithia Springs, GA 30122**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number  **9406**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.49 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,548.00** |
|---|---|---|---|

**Waste Mangement**
**P.O. Box 4648**
**Carol Stream, IL 60197**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number  **3007**

Is the claim subject to offset? ■ No ☐ Yes

---

**Part 3:**  List Others to Be Notified About Unsecured Claims

4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

   **If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.**

| Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|

**Part 4:**  Total Amounts of the Priority and Nonpriority Unsecured Claims

5.  Add the amounts of priority and nonpriority unsecured claims.

| | | Total of claim amounts |
|---|---|---|
| 5a. Total claims from Part 1 | 5a. | $ 54,448.40 |
| 5b. Total claims from Part 2 | 5b. + | $ 518,030.65 |
| 5c. Total of Parts 1 and 2<br>    Lines 5a + 5b = 5c. | 5c. | $ 572,479.05 |

**Fill in this information to identify the case:**

Debtor name  **BTIC-Big Tic, Inc. DBA Big T Moving and Delivery**

United States Bankruptcy Court for the:  NORTHERN DISTRICT OF GEORGIA

Case number (if known)  _____

☐ Check if this is an
amended filing

Official Form 206G

# Schedule G: Executory Contracts and Unexpired Leases                    12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1.  **Does the debtor have any executory contracts or unexpired leases?**
    ☐ No. Check this box and file this form with the debtor's other schedules.  There is nothing else to report on this form.
    ■ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal   Property* (Official Form 206A/B).

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| 2.1. State what the contract or lease is for and the nature of the debtor's interest | **Commercial Lease** |
| State the term remaining | **EpiCity Real Estate Services** |
| List the contract number of any government contract | **430 Plasters Ave., N.E. Ste. 100 Atlanta, GA 30324-3912** |
| 2.2. State what the contract or lease is for and the nature of the debtor's interest | **Storage** |
| State the term remaining | **Evonnie Houston** |
| List the contract number of any government contract | **2131 Kensington Gate Dr. Kennesaw, GA 30152** |
| 2.3. State what the contract or lease is for and the nature of the debtor's interest | **Storage** |
| State the term remaining | **Meghan Trench** |
| List the contract number of any government contract | **850 Old Alpharetta Rd. Alpharetta, GA 30005** |
| 2.4. State what the contract or lease is for and the nature of the debtor's interest | **Storage** |
| State the term remaining | **Susan Flynn** |
| List the contract number of any government contract | **6500 Halcyon Way Alpharetta, GA 30005** |

Debtor 1   **BTIC-Big Tic, Inc. DBA Big T Moving and Delivery**                    Case number *(if known)* _____

      First Name        Middle Name        Last Name

**Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.5. | State what the contract or lease is for and the nature of the debtor's interest | **Storage** | |
|---|---|---|---|
| | State the term remaining | | **Susanne Alford** |
| | List the contract number of any government contract | _____ | **3747 Peachtree Rd. NE**<br>**F552**<br>**Atlanta, GA 30319** |

| 2.6. | State what the contract or lease is for and the nature of the debtor's interest | **Storage** | |
|---|---|---|---|
| | State the term remaining | | **Tiffany Terrell** |
| | List the contract number of any government contract | _____ | **7035 Somerset Circle**<br>**Alpharetta, GA 30004** |

| 2.7. | State what the contract or lease is for and the nature of the debtor's interest | **Storage** | |
|---|---|---|---|
| | State the term remaining | | **Tim Maloney** |
| | List the contract number of any government contract | _____ | **840 Links View Dr.**<br>**Buford, GA 30518** |

**Fill in this information to identify the case:**

Debtor name    **BTIC-Big Tic, Inc. DBA Big T Moving and Delivery**

United States Bankruptcy Court for the:   NORTHERN DISTRICT OF GEORGIA

Case number (if known) _____

☐ Check if this is an amended filing

## Official Form 206H
## Schedule H: Your Codebtors        12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

**1. Do you have any codebtors?**

■ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.
☐ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

*Column 1:* **Codebtor**                              *Column 2:* **Creditor**

| | Name | Mailing Address | Name | Check all schedules that apply: |
|---|---|---|---|---|
| 2.1 | _____ | Street _____ <br> City   State   Zip Code | _____ | ☐ D <br> ☐ E/F <br> ☐ G |
| 2.2 | _____ | Street _____ <br> City   State   Zip Code | _____ | ☐ D <br> ☐ E/F <br> ☐ G |
| 2.3 | _____ | Street _____ <br> City   State   Zip Code | _____ | ☐ D <br> ☐ E/F <br> ☐ G |
| 2.4 | _____ | Street _____ <br> City   State   Zip Code | _____ | ☐ D <br> ☐ E/F <br> ☐ G |

| Fill in this information to identify the case: |
|---|

Debtor name    **BTIC-Big Tic, Inc. DBA Big T Moving and Delivery**

United States Bankruptcy Court for the:    NORTHERN DISTRICT OF GEORGIA

Case number (if known)    _____

☐ Check if this is an amended filing

## Official Form 207
## Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy                04/22

**The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).**

**Part 1:    Income**

1.  **Gross revenue from business**

    ☐ None.

| Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | Sources of revenue<br>Check all that apply | Gross revenue<br>(before deductions and exclusions) |
|---|---|---|
| **From the beginning of the fiscal year to filing date:**<br>From  **1/01/2023** to **Filing Date** | ■ Operating a business<br>☐ Other  _____ | $412,218.00 |
| **For prior year:**<br>From  **1/01/2022** to **12/31/2022** | ■ Operating a business<br>☐ Other  _____ | $1,604,063.21 |
| **For year before that:**<br>From  **1/01/2021** to **12/31/2021** | ■ Operating a business<br>☐ Other  _____ | $1,448,254.00 |

2.  **Non-business revenue**
    Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

    ■ None.

| | Description of sources of revenue | Gross revenue from each source<br>(before deductions and exclusions) |
|---|---|---|

**Part 2:    List Certain Transfers Made Before Filing for Bankruptcy**

3.  **Certain payments or transfers to creditors within 90 days before filing this case**
    List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $7,575. (This amount may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

    ☐ None.

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>*Check all that apply* |
|---|---|---|---|

Debtor    **BTIC-Big Tic, Inc. DBA Big T Moving and Delivery**          Case number *(if known)* _____

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer *Check all that apply* |
|---|---|---|---|
| 3.1. **Customers Bank**<br>**40 General Warren Blvd**<br>**Ste. 200**<br>**Malvern, PA 19355** | | $0.00 | ■ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other___ |

**4. Payments or other transfers of property made within 1 year before filing this case that benefited any insider**
List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $7,575. (This amount may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

■ None.

| Insider's name and address<br>Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|

**5. Repossessions, foreclosures, and returns**
List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

■ None

| Creditor's name and address | Describe of the Property | Date | Value of property |
|---|---|---|---|

**6. Setoffs**
List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

☐ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|
| **EpiCity Real Estate Services**<br>**430 Plasters Ave., N.E.**<br>**Ste. 100**<br>**Atlanta, GA 30324-3912** | **Security Deposit**<br>Last 4 digits of account number: _____ | **5/30/23** | **$6,574.59** |

**Part 3:**   Legal Actions or Assignments

**7. Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**
List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case**.**

☐ None.

| Case title<br>Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|
| 7.1. **Landlord v. Debtor** | **Dispossessory** | | ☐ Pending<br>☐ On appeal<br>■ Concluded |
| 7.2. **Biz2credit v. Debtor** | **Claim against debtor** | | ■ Pending<br>☐ On appeal<br>☐ Concluded |

Debtor    **BTIC-Big Tic, Inc. DBA Big T Moving and Delivery**          Case number *(if known)* _____

**8. Assignments and receivership**

List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

■ None

**Part 4:    Certain Gifts and Charitable Contributions**

9. **List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

■ None

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|

**Part 5:    Certain Losses**

10. **All losses from fire, theft, or other casualty within 1 year before filing this case.**

■ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss<br><br>If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.<br><br>List unpaid claims on Official Form 106A/B *(Schedule A/B: Assets – Real and Personal Property).* | Dates of loss | Value of property lost |
|---|---|---|---|

**Part 6:    Certain Payments or Transfers**

11. **Payments related to bankruptcy**

List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None.

| | Who was paid or who received the transfer? Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.1. | **Limbocker Law Firm**<br>**2230 Towne Lake Parkway**<br>**Bldg. 100, Suite 140**<br>**Woodstock, GA 30189** | $5,000 Attorney Fees, $338 court costs | 5/8/23 and 5/9/23 | $5,338.00 |
| | **Email or website address**<br>**bsl@limbockerlawfirm.com** | | | |
| | **Who made the payment, if not debtor?**<br>**Debtor paid $4,000, remainder paid by Michael Reesa** | | | |

12. **Self-settled trusts of which the debtor is a beneficiary**

List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
Do not include transfers already listed on this statement.

■ None.

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|

Debtor    **BTIC-Big Tic, Inc. DBA Big T Moving and Delivery**          Case number *(if known)* _____

**13. Transfers not already listed on this statement**

List any transfers of money or other property by sale, trade, or any other means made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

☐ None.

| | Who received transfer? Address | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|---|
| 13.1. | **Quik Slik** | **3 26 foot trucks - All proceeds went to pay down SBA loans** | **10/2022** | **$39,000.00** |
| | Relationship to debtor | | | |

---

| Part 7: | Previous Locations |
|---|---|

**14. Previous addresses**

List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

☐ Does not apply

| | Address | Dates of occupancy From-To |
|---|---|---|
| 14.1. | **225 Curie Drive, Ste. 900 Alpharetta, GA 30005** | **2019-7/2022** |
| 14.2. | **4963 Sydney Lane Marietta, GA 30066** | **Oct. 2018 - Oct. 2022** |

| Part 8: | Health Care Bankruptcies |
|---|---|

**15. Health Care bankruptcies**

Is the debtor primarily engaged in offering services and facilities for:
- diagnosing or treating injury, deformity, or disease, or
- providing any surgical, psychiatric, drug treatment, or obstetric care?

■ No. Go to Part 9.
☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|

| Part 9: | Personally Identifiable Information |
|---|---|

**16. Does the debtor collect and retain personally identifiable information of customers?**

■ No.
☐ Yes. State the nature of the information collected and retained.

**17. Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

☐ No. Go to Part 10.
■ Yes. Does the debtor serve as plan administrator?

    ■ No Go to Part 10.
    ☐ Yes. Fill in below:

| Part 10: | Certain Financial Accounts, Safe Deposit Boxes, and Storage Units |
|---|---|

| Debtor | **BTIC-Big Tic, Inc. DBA Big T Moving and Delivery** | Case number *(if known)* |

**18. Closed financial accounts**
Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

■ None

| Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|

**19. Safe deposit boxes**
List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

■ None

| Depository institution name and address | Names of anyone with access to it Address | Description of the contents | Does debtor still have it? |
|---|---|---|---|

**20. Off-premises storage**
List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

■ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|

**Part 11:    Property the Debtor Holds or Controls That the Debtor Does Not Own**

**21. Property held for another**
List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

☐ None

| Owner's name and address | Location of the property | Describe the property | Value |
|---|---|---|---|
| Evonnie Houston 2131 Kensington Gate Dr. Kennesaw, GA 30152 | Debtor's place of business | Household Goods | $0.00 |

| Owner's name and address | Location of the property | Describe the property | Value |
|---|---|---|---|
| Meghan Trench 850 Old Alpharetta Rd. Alpharetta, GA 30005 | Debtor's place of business | Household goods | $0.00 |

| Owner's name and address | Location of the property | Describe the property | Value |
|---|---|---|---|
| Susan Flynn 6500 Halcyon Way Alpharetta, GA 30005 | Debtor's place of business | Household goods | $0.00 |

| Owner's name and address | Location of the property | Describe the property | Value |
|---|---|---|---|
| Susanne Alford 3747 Peachtree Rd. NE F552 Atlanta, GA 30319 | Debtor's place of business | Household goods | $0.00 |

Debtor    BTIC-Big Tic, Inc. DBA Big T Moving and Delivery          Case number *(if known)* _____

| Owner's name and address | Location of the property | Describe the property | Value |
|---|---|---|---|
| **Tiffany Terrell**<br>**7035 Somerset Circle**<br>**Alpharetta, GA 30004** | **Debtor's place of business** | **Household Goods** | **$0.00** |

| Owner's name and address | Location of the property | Describe the property | Value |
|---|---|---|---|
| **Tim Maloney**<br>**840 Links View Dr.**<br>**Buford, GA 30518** | **Debtor's place of business** | **Household goods** | **$0.00** |

## Part 12:   Details About Environment Information

For the purpose of Part 12, the following definitions apply:
*Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

*Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

*Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

22.  **Has the debtor been a party in any judicial or administrative proceeding under any environmental law?** Include settlements and orders.

☒ No.
☐ Yes. Provide details below.

| Case title<br>Case number | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|

23. **Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

☒ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

24. **Has the debtor notified any governmental unit of any release of hazardous material?**

☒ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

## Part 13:   Details About the Debtor's Business or Connections to Any Business

25. **Other businesses in which the debtor has or has had an interest**
List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

☐ None

| Business name address | Describe the nature of the business | Employer Identification number<br>Do not include Social Security number or ITIN.<br><br>Dates business existed |
|---|---|---|
| 25.1.   **Great Karoo, LLC** | **Never operated** | **EIN:**<br><br>**From-To   2018 - present** |

Debtor    **BTIC-Big Tic, Inc. DBA Big T Moving and Delivery**          Case number *(if known)*

| Business name address | Describe the nature of the business | Employer Identification number<br>Do not include Social Security number or ITIN. |
|---|---|---|
| | | **Dates business existed** |
| 25.2.    **Big Blue Blanket, LLC** | **Never Operated** | **EIN:** |
| | | **From-To**    2018 - present |

26. **Books, records, and financial statements**

26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.

☐ None

| Name and address | Date of service<br>From-To |
|---|---|
| 26a.1.    **Michelle Wright<br>10 Glenlake Parkway<br>Atlanta, GA 30328** | **2019 - present** |
| 26a.2.    **John Renshaw<br>2985 Gordy Parkway<br>Marietta, GA 30066** | **2019 -present** |
| 26a.3.    **Guidant Financial<br>2404 Bank Dr.<br>Ste. 310<br>Boise, ID 83705** | **2018-2023** |

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

☐ None

| Name and address | Date of service<br>From-To |
|---|---|
| 26b.1.    **DOT** | **2021** |

| Name and address | Date of service<br>From-To |
|---|---|
| 26b.2.    **Summit** | **5/2022** |

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

☐ None

| Name and address | If any books of account and records are<br>unavailable, explain why |
|---|---|
| 26c.1.    **Lara Y. Van Pletzen<br>912 Sweetwater Grove<br>Woodstock, GA 30188** | |

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

☐ None

| Name and address |
|---|
| 26d.1.    **Top Mark Funding, LLC<br>516 Gibson Drive<br>Ste. 160<br>Roseville, CA 95678** |

| Debtor | BTIC-Big Tic, Inc. DBA Big T Moving and Delivery | Case number *(if known)* |
|---|---|---|

**27. Inventories**

Have any inventories of the debtor's property been taken within 2 years before filing this case?

■ No

☐ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|

**28. List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.**

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Lara Y. Van Pletzen | 912 Sweetwater Grove Woodstock, GA 30188 | CFO | 6% |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Andries Van Pletzen | 912 Sweetwater Grove Woodstock, GA 30188 | President | 6% |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| BTIC-Big Tic, inc. 401k Plan F/B/O | Andries Van Pletzen | | 88% |

**29. Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?**

■ No

☐ Yes. Identify below.

**30. Payments, distributions, or withdrawals credited or given to insiders**

Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

☐ No

■ Yes. Identify below.

| | Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|---|
| 30.1. | Lara Y. Van Pletzen 912 Sweetwater Grove Woodstock, GA 30188 | $18,884.53 | Wages over the year | |
| | Relationship to debtor Owner | | | |
| 30.2. | Andries Van Pletzen 912 Sweetwater Grove Woodstock, GA 30188 | $169.72 | | |
| | Relationship to debtor Owner | | | |

Debtor    **BTIC-Big Tic, Inc. DBA Big T Moving and Delivery**                     Case number *(if known)*

| | Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|---|
| 30.3. | **Lara Y. Van Pletzen**<br>**912 Sweetwater Grove**<br>**Woodstock, GA 30188** | **$13,333.30** | | **Expense reimbursement** |
| | Relationship to debtor<br>**CFO** | | | |

31. **Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

■ No
☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|

32. **Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

■ No
☐ Yes. Identify below.

| Name of the pension fund | Employer Identification number of the pension fund |
|---|---|

**Part 14:    Signature and Declaration**

**WARNING** -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **June  2, 2023**

**/s/ Lara Van Pletzen**                                   **Lara Van Pletzen**
Signature of individual signing on behalf of the debtor          Printed name

Position or relationship to debtor    **CFO**

**Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?**
■ No
☐ Yes

B2030 (Form 2030) (12/15)

# United States Bankruptcy Court
## Northern District of Georgia

In re   **BTIC-Big Tic, Inc. DBA Big T Moving and Delivery**                                     Case No. _____

                                                                    Debtor(s)                    Chapter    **7**

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1.   Pursuant to 11 U .S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that
     compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to
     be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

     For legal services, I have agreed to accept ...........................................    $ _____ **5,000.00**

     Prior to the filing of this statement I have received ...........................    $ _____ **5,000.00**

     Balance Due ...............................................................................    $ _____ **0.00**

2.   The source of the compensation paid to me was:

     ■ Debtor        ☐ Other (specify):

3.   The source of compensation to be paid to me is:

     ■ Debtor        ☐ Other (specify):

4.   ☐ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

     ■ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm.  A
     copy of the agreement, together with a list of the names of the people sharing in the compensation is attached. **Debtor paid $4,000.00,
     Michael Ressa paid $1,338.00**

5.   In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

     a.  Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
     b.  Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
     c.  Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
     d.  [Other provisions as needed]
         **All customary and usual work required during the course of the case, including: Negotiations with secured
         creditors to reduce market value, exemption planning as needed, filing the pre-discharge financial counseling
         certificate.**

6.   By agreement with the debtor(s), the above-disclosed fee does not include the following service:
     **Representation of the debtors in any dischargeability action, any Trustee or U.S. Trustee requests for documents,
     any document retrieval services, credit counseling and financial management course fees, post discharge credit
     repair, 707(b) objections, judicial lien avoidances, preparation and filing of motions pursuant to 11 USC
     522(f)(2)(A) for avoidance of liens on household goods, relief from stay actions or any other adversary
     proceedings, preparation and filing of reaffirmation agreements and applications or attending any reaffirmation
     hearings.**

---

### CERTIFICATION

      I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in
this bankruptcy proceeding.

**June  2, 2023** _____                    **/s/ Brian S. Limbocker**
*Date*                                                        **Brian S. Limbocker 800500**
                                                              *Signature of Attorney*
                                                              **Limbocker Law Firm**
                                                              **2230 Towne Lake Parkway**
                                                              **Bldg. 100, Suite 140**
                                                              **Woodstock, GA 30189**
                                                              **678-401-6836  Fax: 678-412-4152**
                                                              **bsl@limbockerlawfirm.com**
                                                              *Name of law firm*

# United States Bankruptcy Court
## Northern District of Georgia

In re  **BTIC-Big Tic, Inc. DBA Big T Moving and Delivery**

Debtor(s)

Case No.

Chapter  **7**

# VERIFICATION OF CREDITOR MATRIX

I, the CFO of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Date:  **June  2, 2023**

**/s/ Lara Van Pletzen**

**Lara Van Pletzen**/**CFO**
Signer/Title

45 Payroc Merchant SErvices
1350 E. Touhy Ave.
Ste. 210W
Des Plaines, IL 60018


Ally Financial
P.O. Box 380901
Bloomington, MN 55438


AMEX
PO Box 981535
El Paso, TX 79998


Angelique White
1097 Dunedin Trail
Woodstock, GA 30188


Angie's List
130 E. Washington ST.
Indianapolis, IN 46204


Austin Thomas
2306 Summerview
Stone Mountain, GA 30083


Barbara Sexton
5733 Yorktown Rd.
Douglasville, GA 30135


Ben Clark
60 Flint Rd.
Hartwell, GA 30643


Better Business Bureau
235 Peachtree St., #900
Atlanta, GA 30303

```
Biz2credit
1 Penn Plaza
Ste. 3101
New York, NY 10119


Blake Forbes
3355 McDaniel Rd. Apt. 16304
Duluth, GA 30096


Candy Robinson
42 Trailside Way
Hiram, GA 30141


Christina Hamilton
1438 Towne Harbor Passage
Woodstock, GA 30189


Chuck Kay
330 River Overlook Rd.
Dawsonville, GA 30534


Cindy Williamson
261 Wentworth Dr.
Canton, GA 30114


Comcast
2605 Circle 75 Pkwy SE
Atlanta, GA 30339


Cosheka Hughs
60 11th St. NE, Apt. 2008
Atlanta, GA 30309


Customers Bank
40 General Warren Blvd
Ste. 200
Malvern, PA 19355
```

Dalton Grenier
147 Carl Barrett
Canton, GA 30115


Dante Johnson
220 Springbottom Dr.
Lawrenceville, GA 30046


Dariwsh Paykargar
Address unknown


David Valentino
211 Omen Circle
Ellijay, GA 30540


David Webber
19 Persimmon Place
Hilton Head Island, SC 29926


Deanthony Quinn
47 Bouldecrest Lane
Atlanta, GA 30316


Debra Whitworth
1917 Galt Commons
Kennesaw, GA 30144


Dennis Joseph
403 Oakleigh Ave.
Woodstock, GA 30188


Devin Mayers
5766 Shoals Dr.
Buford, GA 30518

Diane Godby
12300 Morris Rd., Apt. 312
Alpharetta, GA 30004


Dustin Townsend
42 Sycamore Lane
Woodstock, GA 30188


Dymon Miller
814 Park Ridge Lane
Roswell, GA 30076


Edge
3150 NorthMeadow Parkway
Ste. 130
Roswell, GA 30076


Edward Thomas
3365 Heatherwood Lane
Marietta, GA 30008


EpiCity Real Estate Services
430 Plasters Ave., N.E.
Ste. 100
Atlanta, GA 30324-3912


Evonnie Houston
2131 Kensington Gate Dr.
Kennesaw, GA 30152


FC Visa Credit
5571 Chamblee Dunwoody Rd.
P.O. Box 63001
Atlanta, GA 30338


First Citizens
100 E. Tyron Rd.
Raleigh, NC 27603

Gas South
P.O. Box 723728
Atlanta, GA 31139


Georgia Department of Revenue
P.O. Box 105499
Atlanta, GA 30348-5499


Google LLC
1600 Amphitheatre Parkway
Mountain View, CA 94043


Grant Brim
300 Colonial Center Parkway
Ste. 100
Roswell, GA 30076


Hannah Kleponis
306 Ardmore Circle, NW
Apt. A509
Atlanta, GA 30309


Headway Capital
175 W. Jackson Blvd.
Ste. 1000
Chicago, IL 60604


Internal Revenue Service
P.O. Box 7346
Philadelphia, PA 19101-7346


Intuit
2800 E. Commerce Center
Tucson, AZ 85706


Jaleel James
814 Park Ridge lane
Roswell, GA 30076

Jamere Taylor
1692 Sweet Branch Trail
Grayson, GA 30017


Jennifer Farrell
6240 Oak Valley Court
Cumming, GA 30040


Jeremy Dorsey (JD)
1655 Lenterview Dr.
Duluth, GA 30096


Jerome Barnes
5750 Clinchfield Trail
Norcross, GA 30092


Jesus Brown
3115 Parker Drive
Cumming, GA 30041


John Ellard
323 Oakland Dr.
Talking Rock, GA 30175


John Renshaw
2985 Gordy Parkway
Marietta, GA 30066


Josh Erickson
3466 Clubland Dr.
Marietta, GA 30068


Joshua Linton
147 Carl Barrett
Canton, GA 30115

Katrina Lippert
116 Howared Ave.
Cartersville, GA 30121


Keith Meisner
5101 Old Highway 5
#494
Lebanon, GA 30146


Kelsey M. Obrien
c/o Hawkins Spizman Fortis
200 Ashford Center N, Ste. 350
Atlanta, GA 30338


Koushik Dutta
20302 Deer Point Court
Alpharetta, GA 30004


Kristin Bobb
1475 Boomer Cir.
Suwanee, GA 30024


Lance Boston
1238 Gables Dr.
Atlanta, GA 30319


Laqueta Nelson
36 N. Laird Dr.
Clayton, NC 27520


Leaf
P.O. Box 5066
Hartford, CT 06102


Legacy Storage
5540 Matt Highway
Cumming, GA 30028

Leoni Klopper
236 Floral Valley Dr.
Woodstock, GA 30188


Matthew Jacobs
3055 Labrouste Cove
Duluth, GA 30097


Maurice Barnes
Address unknown


Max Jeffries
Unknown


Meghan Tench
850 Old Alpharetta Rd.
Alpharetta, GA 30005


Meghan Trench
850 Old Alpharetta Rd.
Alpharetta, GA 30005


Michael Gorodisher
1233 Parkstead Lane
Alpharetta, GA 30004


Michael Ressa
1438 Towne Harbor Passage
Woodstock, GA 30189


Michele Kowanski
155 Terrace View Dr.
Acworth, GA 30101


Michelle Wright
10 Glenlake Parkway #130
Atlanta, GA 30328

Moversboost
8 Summerhill Court
Columbus, NJ 08022


N&N Packaging
4141 Industrial Park Dr.
Norcross, GA 30071


Nasim Muhammed
814 Park Ridge Lane
Roswell, GA 30076


Nextdoor
875 Stevenson St # 700
San Fernando, CA 91340


Nicole Trevisan
7 Creekpark Court
Roswell, GA 30076


North Mill Equipment Fin.
601 Merritt 7
Ste. 5
Norwalk, CT 06851


Odwyer Homes
850 Old Alpharetta Rd.
Alpharetta, GA 30005


One Step GPS
675 Glenoaks Blvd. #C
San Fernando, CA 91340


Pathward
5480 Corporate Drive
Ste. 350
Troy, MI 48098

Patrick McBryer
9950 Kings Rd.
Gainesville, GA 30506


Paul Bland
401 Revere Court
Woodstock, GA 30189


Penske
5300 Windward Parkway
Alpharetta, GA 30004


PNC
One PNC Plaza
249 Fifth Avenue
Pittsburgh, PA 15222


Quickbooks
2800 E. Commerce Center Place
Tucson, AZ 85706


Rapid Finance
4500 East West Highway
6th Floor


Raven Stewart
800 Venue Way, Apt. 8211
Alpharetta, GA 30005


Rhonda Hunter
493 Bottesford Dr. NW
Kennesaw, GA 30144


Rickey Stevens
200 Summit Lake Dr.
Stone Mountain, GA 30083

```
Russell Allison
1605 Southwest 19trace
Cape Coral, FL 33991



SBA EIDL
2 20th St. North
Ste. 320
Birmingham, AL 35203



Slice Merchant Processor
101 Crawfords Cornet Rd.
Ste. 4206
Holmdel, NJ 07733



Stephanie Lloyd
44 Barnsley Village Dr.
Adairsville, GA 30103



Stephen Finnell
225 Highland Gate Cir.
Suwanee, GA 30024



Storsquare
3855 Shallowford Rd.
Ste. 510
Marietta, GA 30062



Summit
P.O. Box 32034
Lakeland, FL 33802



Susan Flynn
6500 Halcyon Way
Alpharetta, GA 30005



Susanne Alford
3747 Peachtree Rd. NE
F552
Atlanta, GA 30319
```

Tiffany Terrell
7035 Somerset Circle
Alpharetta, GA 30004


Tim Maloney
840 Links View Dr.
Buford, GA 30518


Todd Halverson
4120 Harrison Park Dr.
Cumming, GA 30041


Tyrone Thomas
2306 Summerview
Stone Mountain, GA 30083


Victory Packaging
797 Douglas Hill Rd.
Lithia Springs, GA 30122


Waste Mangement
P.O. Box 4648
Carol Stream, IL 60197

# United States Bankruptcy Court
### Northern District of Georgia

In re __BTIC-Big Tic, Inc. DBA Big T Moving and Delivery__

Debtor(s)

Case No. _____

Chapter __7__

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for __BTIC-Big Tic, Inc. DBA Big T Moving and Delivery__ in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

■ None [*Check if applicable*]

**June  2, 2023**

Date

**/s/ Brian S. Limbocker**

**Brian S. Limbocker 800500**

Signature of Attorney or Litigant

Counsel for __BTIC-Big Tic, Inc. DBA Big T Moving and Delivery__

**Limbocker Law Firm**
**2230 Towne Lake Parkway**
**Bldg. 100, Suite 140**
**Woodstock, GA 30189**
**678-401-6836 Fax:678-412-4152**
**bsl@limbockerlawfirm.com**